IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FILOMENA RANIERI WARD,              : <br> MICHELLE McCANDLESS,                : <br> GERMAN PARODI,                          : <br> DAVID WITTIE,                                 : <br> RANDY ALEXANDER,                     : <br> CAROL MARFISI,                             : <br> individually and on behalf of similarly : <br> situated persons, DISABLED IN      : <br> ACTION OF PENNSYLVANIA, a      : <br> nonprofit corporation,                       : <br>                                                              :        CIVIL ACTION <br>           **Plaintiffs,**                            : <br>                                                              :        No. 11-cv-4692 <br>           vs.                                             : <br>                                                              : <br>                                                              : <br> PHILADELPHIA PARKING              : <br> AUTHORITY, and                             : <br> VINCE FENERTY,                           : <br> in his official capacity                       : <br> as the Executive Director of the      : <br> Philadelphia Parking Authority,      : <br> and TAXICAP AND LIMOUSINE  : <br> DIVISION of the PHILADELPHIA : <br> PARKING AUTHORITY, and          : <br> JIM NEY, in his official capacity     : <br> as the Director of the                      : <br> Taxicap and Limousine Division of the : <br> Philadelphia Parking Authority,       : <br>                                                              : <br>           **Defendants.**                        | |

**O R D E R**

**AND NOW**, this ___20th___ day of January, 2015, upon consideration of Plaintiffs'

Petition for Attorney's Fees and Costs (ECF No. 91), Defendant's Response (ECF No. 92), and

Plaintiffs' Reply (ECF No. 93), and for the reasons stated in the Memorandum Opinion filed this

date, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED IN PART** and

1

**DENIED IN PART**.  Defendant shall pay $121,621.50 in fees and $350.00 in costs to Plaintiffs.

                                                BY THE COURT:

                                                /s/ Lynne A. Sitarski
                                             LYNNE A. SITARSKI
                                             UNITED STATES MAGISTRATE JUDGE